UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|    PATRICK LEON YOUNG | ) | |
| | ) | CASE NO. 25-70831-JHH-13 |
|    Debtor(s). | ) | |

## OBJECTION TO CONFIRMATION

Now comes PERFORMANCE FINANCE, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. This creditor has filed a claim in the amount of $13,787.70, which is secured by one 2024 POLARIS SCRAMBLER XP1000 S.

2. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C. § 1325(a)(5).

WHEREFORE, PERFORMANCE FINANCE, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

PERFORMANCE FINANCE

*/s/ Kathryn M. Grafton*
Kathryn M. Grafton

Of Counsel:
Kathryn M. Grafton
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
kgrafton@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on the attorneys of record and the debtor/codebtor as set forth below on August 5, 2025.

x    by electronic notice

C. DAVID COTTINGHAM
CHAPTER 13 TRUSTEE
701 22ND AVENUE, SUITE 4
PO DRAWER 020588
TUSCALOOSA AL 35402-0588
dcottingham@ch13tuscaloosa.com

MARSHALL ENTELISANO
MARSHALL A. ENTELISANO, P.C.
701 22ND AVENUE
SUITE 2
TUSCALOOSA AL 35401
marshall@marshall-lawfirm.com

x    depositing a copy thereof in the United States mail postage prepaid

PATRICK LEON YOUNG
407 9TH ST SE
ALICEVILLE AL 35442

    */s/ Kathryn M. Grafton*
    Chambless Math ❖ Carr, P.C.