# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

IN RE:                                                        CASE NO: 25-70831-JHH-13
       PATRICK LEON YOUNG                             CHAPTER 13

       DEBTOR.

## OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN AND NOTICE OF HEARING

Comes now C. David Cottingham, Standing Trustee and Objects to the Debtor's plan as proposed and moves that confirmation of the plan be denied for the reason shown below:

_____     The value, as of the effective date of the Plan, of property to be distributed under the Plan to each allowed unsecured claim is less than the amount that would be paid on such claims, if the estate of the Debtor were liquidated under Chapter 7 as provided in Section 1325(a)(4)

_____     The Plan fails to provide that all of the Debtor's projected disposable income to be received in the applicable commitment period following the due date of the first payment will be applied to make payments to unsecured creditors under the Plan as provided in Section 1325(b)(1)(B).

_____     The Plan is not proposed in good faith as provided in Section 1325(a)(3).

_____     The Debtor failed to provide a copy of the Federal Income Tax return to the Trustee as required by Section 521(e)(2)(A)(i).

_____     The proposed plan payment is not feasible pursuant to Section 1325(a)(6).

__X__     The Plan as proposed cannot be Confirmed with the claims that are filed. Specifically, Claim #12 filed by Alabama One Credit Union in the amount of $21,368.09 is not provided for in the debtor's plan.

This the 8th day of August, 2025.                 /s/ C. David Cottingham
                                                            C. David Cottingham, Standing Trustee

## NOTICE OF HEARING

Notice is hereby given that a hearing on the above styled objection will be held on Tuesday the 9th day of September, 2025, at 1:00 p.m. in the UNITED STATES BANKRUPTCY COURT, FEDERAL COURT HOUSE, 2005 UNIVERSITY BLVD, ROOM 2600, TUSCALOOSA, AL 35401.

### Certificate of Service

This is to certify that I have this day served a copy of the above Objection upon the following parties listed below by mailing a copy of the same with adequate postage thereon or by electronic means when available.

PATRICK LEON YOUNG, 407 9TH ST SE, ALICEVILLE, AL 35442
MARSHALL ENTELISANO, 701 22ND AVENUE, SUITE 2, TUSCALOOSA, AL 35401-1857

This the 8th day of August, 2025.                 /s/ C. David Cottingham
                                                            C. David Cottingham, Standing Trustee